FILED: December 15, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2283
(1:12-cv-00615-CMH-TCB)

_____

COLON HEALTH CENTERS OF AMERICA, LLC; WASHINGTON IMAGING ASSOCIATES-MARYLAND, LLC, d/b/a Progressive Radiology

      Plaintiffs - Appellants

v.

BILL HAZEL, in his official capacity as Secretary of Health and Human Resources; BRUCE EDWARDS, in his official capacity as Chair of the Virginia State Board of Health; JAMES E. EDMONDSON, JR., in his official capacity as member of the Virginia State Board of Health; STEVEN R. ESCOBAR, in his official capacity as member of the Virginia State Board of Health; M. CATHERINE SLUSHER, in her official capacity as member of the Virginia State Board of Health; AMY VEST, in her official capacity as member of the Virginia State Board of Health; ERIC O. BODIN, in his official capacity as Director of the Office of Licensure and Certification; JOHN W. SEEDS, in his official capacity as member of the Virginia State Board of Health; MARISSA LEVINE, in her official capacity as the State Health Commissioner; BRADLEY BEALL, in his official capacity as member of the Virginia State Board of Health; THERESA MIDDLETON BROSCHE, in her official capacity as member of the Virginia State Board of Health; MEGAN C. GETTER, in her official capacity as member of the Virginia State Board of Health; HENRY N. KUHLMAN, in his official capacity as member of the Virginia State Board of Health; HONORABLE FAYE PRICHARD, in her official capacity as member of the Virginia State Board of Health; BENITA MILLER, in her official capacity as member of the Virginia State Board of Health; PETER BOSWELL, in his official capacity as Director of the Division of Certificate of Public Need; TOM EAST, in his official capacity as member of the Virginia State Board of Health; LINDA HINES, in her official capacity as member

of the Virginia State Board of Health; HONORABLE MARY MARGARET WHIPPLE, in her official capacity as member of the Virginia State Board of Health

    Defendants - Appellees

------------------

O R D E R

------------------

The court grants an extension of the briefing schedule. *Any further request for an extension of time in which to file the opening brief and joint appendix shall be disfavored.* The briefing schedule is extended as follows:

  Appendix due: 03/23/2015

  Opening brief due: 03/23/2015

  Response brief due: 04/21/2015

  Any reply brief: 14 days from service of response brief.

                         For the Court--By Direction

                         /s/ Patricia S. Connor, Clerk